# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **GERITA COOK,** | : |
| | : |
| **Plaintiff,** | : |
| | :   **Civil Action Number:** |
| **vs.** | : |
| **OMNITECH INSTITUTE, INC.** | :   **1:11-CV-01458-JOF** |
| **and CHARLTON C. LESTER** | : |
| | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through the undersigned counsel of record and pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i) stipulates to the dismissal with prejudice of the above-

captioned action.  Except as otherwise agreed between the parties, each party shall

bear its own attorneys' fees and costs.

Respectfully submitted,

> **DELONG CALDWELL BRIDGERS**
> **& FITZPATRICK, LLC**
>
> *s/ Kevin D. Fitzpatrick, Jr.*
> Kevin D. Fitzpatrick, Jr.
> Georgia Bar No. 262375
> Charles R. Bridgers
> Georgia Bar No. 080791
>
> **COUNSEL FOR PLAINTIFF**

3100 Centennial Tower
101 Marietta Street

Atlanta, Georgia  30303
(770) 979-3150
(770) 979-3170 (Fax)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

2

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GERITA COOK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action Number:** |
| **vs.** | : | |
| **OMNITECH INSTITUTE, INC.** | : | **1:11-CV-01458-JOF** |
| **and CHARLTON C. LESTER** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 1, 2013, he electronically filed

a true and correct copy of the parties' **STIPULATION OF DISMISSAL WITH**

**PREJUDICE** with the Clerk of Court using the CM/EMF system which will

automatically send email notification of such filing to all counsel of record.


*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Attorney for Plaintiff

3